# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WILLEY MCINNIS, DEMETRIUS STEWART, SHARDAE BAILEY, and DONAMEEN JONES, individually and on behalf of all others similarly situated, <br><br> *Plaintiffs*, <br><br> v. <br><br> PARTY CITY CORPORATION, SURESTAFF, LLC, PREMIER EMPLOYEE SOLUTIONS, LLC, and MINUTEMEN OF ILLINOIS, INC., <br><br> *Defendants*. | 21-cv-00309 <br><br> Judge Robert W. Gettleman |

## NOTICE OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT PARTY CITY CORPORATION WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Willey McInnis, Demetrius Stewart, Shardae Bailey and Donameen Jones (collectively, "Plaintiffs") hereby dismiss, without prejudice, all claims by Plaintiffs against Defendant Party City Corporation. The claims by Plaintiffs against Defendants Surestaff, LLC, Premier Employee Solutions, LLC, and Minutemen of Illinois, Inc., are not affected by this dismissal.

Dated: May 27, 2021                    Respectfully submitted.

*s/Mara Baltabols*
David J. Fish
Mara Ann Baltabols
THE FISH LAW FIRM, P.C.
200 E. Fifth Avenue, Suite 123
Naperville, IL 60563
dfish@fishlawfirm.com
mara@fishlawfirm.com

*Attorneys for Plaintiffs*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on May 27, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

*/s/ Mara Baltabols*