IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLEY MCINNIS, DEMETRIUS STEWART, SHARDAE BAILEY, and DONAMEEN JONES, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SURESTAFF, LLC, PREMIER EMPLOYEE SOLUTIONS, LLC, and MINUTEMEN OF ILLINOIS, INC.,<br><br>*Defendants.* | 21-cv-00309<br><br>Judge Robert W. Gettleman |

**NOTICE OF DISMISSAL OF ALL CLAIMS AGAINST
DEFENDANT PREMIER EMPLOYEE SOLUTIONS, LLC**

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Willey McInnis, Demetrius Stewart, Shardae Bailey and Donameen Jones (collectively, "Plaintiffs") hereby dismiss, with prejudice and pursuant to settlement agreement, all claims by Plaintiffs against Defendant Party City Corporation. The claims by Plaintiffs against Defendants Surestaff, LLC and Minutemen of Illinois, Inc. are not affected by this dismissal.

Dated: June 18, 2021                  Respectfully submitted.

                                                   *s/Mara Baltabols*
                                                   David J. Fish
                                                   Mara Ann Baltabols
                                                   THE FISH LAW FIRM, P.C.
                                                   200 E. Fifth Avenue, Suite 123
                                                   Naperville, IL 60563
                                                   dfish@fishlawfirm.com
                                                   mara@fishlawfirm.com

                                                   *Attorneys for Plaintiffs*

2

**<u>CERTIFICATE OF SERVICE</u>**

The undersigned hereby certifies that on June 18, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

<u>*/s/ Mara Baltabols*</u>