anIN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| WILLEY MCINNIS, DEMETRIUS STEWART, SHARDAE BAILEY, and DONAMEEN JONES, individually and on behalf of all others similarly situated,<br><br>   *Plaintiffs*,<br><br>  v.<br><br>SURESTAFF, LLC, PREMIER EMPLOYEE SOLUTIONS, LLC, and MINUTEMEN OF ILLINOIS, INC.,<br><br>   *Defendants.* | 21-cv-00309<br><br>Judge Robert W. Gettleman |

### *CORRECTED* NOTICE OF DISMISSAL OF ALL CLAIMS AGAINST DEFENDANT PREMIER EMPLOYEE SOLUTIONS, LLC

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Willey McInnis, Demetrius Stewart, Shardae Bailey and Donameen Jones (collectively, "Plaintiffs") hereby dismiss, with prejudice and pursuant to settlement agreement, all claims by Plaintiffs against Defendant *Premier Employee Solutions, LLC*. The claims by Plaintiffs against Defendants Surestaff, LLC and Minutemen of Illinois, Inc. are not affected by this dismissal.

This Corrected Notice of Dismissal is intended to replace and correct Docket #24, which included a scrivener's error in the text of the order and improper reference to "Party City Corporation." *See* Dkt #24.

Dated: June 21, 2021        Respectfully submitted.

                *s/Mara Baltabols*
                David J. Fish
                Mara Ann Baltabols
                THE FISH LAW FIRM, P.C.
                200 E. Fifth Avenue, Suite 123

Naperville, IL 60563
dfish@fishlawfirm.com
mara@fishlawfirm.com

*Attorneys for Plaintiffs*

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on June 21, 2021, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

*/s/ Mara Baltabols*