# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF ILLINOIS
# EASTERN DIVISION

| | |
|---|---|
| WILLEY MCINNIS, DEMETRIUS STEWART, SHARDAE BAILEY, and DONAMEEN JONES, individually and on behalf of all others similarly situated,<br><br>*Plaintiffs*,<br><br>v.<br><br>SURESTAFF, LLC and MINUTEMEN OF ILLINOIS, INC.,<br><br>*Defendants.* | 21-cv-00309<br><br>Judge Robert W. Gettleman |

## NOTICE OF DISMISSAL WITHOUT PREJUDICE

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(i), Plaintiffs Willey McInnis, Demetrius Stewart, Shardae Bailey and Donameen Jones (collectively, "Plaintiffs") hereby dismiss all remaining claims in the above-captioned case without prejudice.

Dated: January 6, 2022

Respectfully submitted,

*s/Mara Baltabols*
David J. Fish
Mara Ann Baltabols
FISH POTTER BOLAÑOS, P.C.
200 E. Fifth Avenue, Suite 123
Naperville, IL 60563
dfish@fishlawfirm.com
mara@fishlawfirm.com

*Attorneys for Plaintiffs*

2

## **CERTIFICATE OF SERVICE**

The undersigned hereby certifies that on January 6, 2022, I electronically filed the foregoing with the Clerk of the Court for the United States District Court for the Northern District of Illinois by using the CM/ECF system, which sent notification of such filing to all CM/ECF participants.

*/s/ Mara Baltabols*